ALEXEI SCHACHT

*Attorney at Law*

123 West 94th Street

New York, New York 10025

Phone: (646) 729-8180

Fax: (212) 504-8341

Email: alexei@schachtlaw.net

www.schachtlaw.net

July 28, 2025

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

 Re: <u>United States v. Jose Adolfo Macias Villamar, 25 CR 114 (FB)</u>

Your Honor:

 I write to inform the Court, in response to Your Honor's request during the July 21, 2025, arraignment, that I am in active discussions with the Government attorneys about my client's medical conditions, issues we discussed in open court at the arraignment. In addition, we are communicating with the legal department at the MDC Brooklyn and are making progress addressing my client's medical needs. I am happy to keep the Court informed concerning this issue.

 As always, thank you for your attention to this matter.

          Respectfully submitted,

          */s/ Alexei Schacht*

          Alexei Schacht

cc: All counsel of record
   Jose Adolfo Macias Villamar