UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-                                                            NOTICE OF APPEARANCE

FRANCISCO MANUEL BERMUDEZ CAGUA              25 CR. 114 (FB)

Defendant.

----------------------------------------------------------------X

PLEASE TAKE NOTICE, that Jeffrey Cohn, an attorney admitted in New York State
and this Court, has been retained to represent the defendant in the above-captioned
case.

JEFFREY COHN

Attorney for FRANCISCO MANUEL BERMUDEZ CAGUA

212 E 57TH STREET, 16A

NEW YORK, NY 10022

646-201-5202

jcohnlaw@gmail.com